UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 06 2009

H. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

In Re: Harry Carpenter McCann and
Barbara Hunsaker McCann

Debtor(s)

Case No. 07-80264-MM

Chapter 13

Judge: Margaret Murphy

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant, eCAST Settlement Corporation, is a creditor in the above-captioned bankruptcy case and on whose behalf funds were deposited. eCAST has a right to claim said funds due to the following:

1. The above-captioned bankruptcy petition was filed on December 3, 2007.

2. eCAST Settlement Corporation timely filed a Proof of Claim in the amount of $10,144.99 for account number ************8589 in the Debtors' bankruptcy, and later amended their claim to the amount of $8,715.33, a copy of their claim and amended claim are attached hereto as Exhibit "A".

3. eCAST Settlement Corporation, assignee of GE Money Bank/Old Navy timely filed a Proof of Claim in the amount of $353.60 for account number ************2162 in the Debtors' bankruptcy, a copy of their claim is attached hereto as Exhibit "B".

4. On July 24, 2009, eCAST Settlement Corporation learned from the Chapter 13 Trustee's Office that funds in the amount of $8,529.93 and $353.60, that were due to be paid to eCAST Settlement Corporation for their claims, were erroneously sent by the Trustee's office to

the Registry for Unclaimed Funds on March 12, 2009. A copy of the letter from Trustee's Office with copies of the checks are attached hereto as Exhibit "C"

5.     eCAST did not receive these funds and remains entitled to these funds as owner of the accounts.

7.     eCAST received no other distribution from the bankruptcy towards their claims, which remain unpaid.

WHEREFORE, eCAST Settlement Corporation, Tax Identification Number XX-XXX0500, whose mailing address is P.O. Box 35480, Newark, NJ 07193-5480, and telephone number is (800) 273-9270, applies to the Court for these unclaimed funds in the amount of $8,529.93 and $353.60, and certifies that all statements made on this petition and any attachments are, to the best of their knowledge, true and correct. Accordingly, eCAST Settlement Corporation respectfully requests this Honorable Court enter an Order authorizing payment in the sum of $8,883.53 to eCAST Settlement Corporation.

Dated: 10/30/09

Edward P. Benison
Executive Vice President
eCAST Settlement Corporation

XX-XXX0500
Tax ID Number

Sworn to and subscribed to before
Me this 30th day of October, 2009.

Notary Public in and for the
State of _____
My commission expires _____

Affix Corporate Seal

ANN PICHARDO
Commission # 2370233
Notary Public, State of New Jersey
My Commission Expires
February 27, 2013

FORM B10 (Official Form 10) (12/07)

MCCANNGA0053

| UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | PROOF OF CLAIM Chapter 13 |
|---|---|
| Name of Debtor: HARRY CARPENTER MCCANN<br>AKA: HARRY MCCANN | Case Number: 07-80264-MHM |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>FIA Card Services aka Bank of America<br>by eCAST Settlement Corporation, as its agent | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent<br>eCAST Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Court Claim Number: _____ |
| Telephone number: (610) 644-7800      * see attachment | Filed on: _____ |
| Name and address where payments should be sent (if different from above)<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statment giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. Amount of Claim as of Date Case Filed: $ 10,144.99

If all or part of this claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principle amount of claim. Attach itemized statement of interest or charges

2. Basis for Claim: CREDIT CARD DEBT
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ************8589
   3a. Debtor may have scheduled account as: FIA Card Services aka Bank of America
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $ 10,144.99

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
(See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C.§507(a). If any portion of your claim falls in one of the follwing catagories, check the box and state the amount.
Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 03/27/08<br><br>      /s/Thomas A. Lee III<br>      Becket & Lee LLP, Attorneys/Agent for Creditor | FOR COURT USE ONLY |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Pet: 12/03/07

# EXHIBIT A

MCCANNGA0053

\*By written agreement between Creditor and eCAST Settlement Corporation, eCAST Settlement Corporation has been authorized to file this proof of claim as agent for Creditor pending the Creditor's charge-off of the account and the transfer of the title to the account to eCAST Settlement Corporation. Creditor has further authorized eCAST Settlement Corporation to receive notices and payments with respect to this claim on Creditor's behalf, to be allocated pursuant to the terms of such agreement. ♠

EXHIBIT A

FORM B10 (Official Form 10) (12/07)                                                            MCCANNGA0053

| UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | PROOF OF CLAIM Chapter 13 |
|---|---|

Name of Debtor: HARRY CARPENTER MCCANN
AKA: HARRY MCCANN

Case Number: 07-80264-MHM

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
FIA Card Services aka Bank of America
by eCAST Settlement Corporation, as its agent

Name and address where notices should be sent:
eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____8

Telephone number: (610) 644-7800      * see attachment
Filed on: 03/31/2008

Name and address where payments should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statment giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $ __8,715.33__

If all or part of this claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principle amount of claim. Attach itemized statement of interest or charges

2. Basis for Claim:  CREDIT CARD DEBT
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:************8589
   3a. Debtor may have scheduled account as: FIA Card Services aka Bank of America

   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $__8,715.33__

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
(See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C.§507(a). If any portion of your claim falls in one of the follwing catagories, check the box and state the amount.
Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 04/15/08

/s/Thomas A. Lee III
Becket & Lee LLP, Attorneys/Agent for Creditor

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Pet: 12/03/07

EXHIBIT A

MCCANNGA0053

*By written agreement between Creditor and eCAST Settlement Corporation, eCAST Settlement Corporation has been authorized to file this proof of claim as agent for Creditor pending the Creditor's charge-off of the account and the transfer of the title to the account to eCAST Settlement Corporation. Creditor has further authorized eCAST Settlement Corporation to receive notices and payments with respect to this claim on Creditor's behalf, to be allocated pursuant to the terms of such agreement. ♠



EXHIBIT A

MCCANN, HARRY CARPENTER
AKA: MCCANN, HARRY

\*\*\*-\*\*-7372
975 WALKER DR
LOCUST GROVE GA, 00000


Bankruptcy Number: 07-80264-MHM
Filing Date:       12/03/07
Chapter:           13


FIA Card Services aka Bank of America
by eCAST Settlement Corporation as its agent
P.O. Box 35480
Newark  NJ, 07193-5480


## ACCOUNT SUMMARY

Account Number:          \*\*\*\*\*\*\*\*\*\*\*\*8589
a\k\a Account Number:
Account Type:            Credit Card


Open Date: 04/18/02

Charge-Off Date: 02/27/07

Balance at time of filing: $  8,715.33


Pursuant to paragraph 7 Official Bankruptcy Form 10, Proof of Claim, in
lieu of attaching voluminous account documents, a summary of the account,
compiled from the information contained in the account databases of
FIA Card Services aka Bank of America, if any, is provided.
(See Instructions to Official Form 10). This debt arises from the use
of a credit / charge card account or other money loaned, the supporting
documents for which were provided by FIA Card Services aka Bank of America,
to the debtor pre-petition. For further information about this
claim call 1-800-962-6030 and ask to speak to the Claims Servicing
Supervisor.  Some documents may no longer be available.


EXHIBIT A

FORM B10 (Official Form 10) (12/07)    MCCANNGA0052

| UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | PROOF OF CLAIM Chapter 13 |
|---|---|
| Name of Debtor BARBARA HUNSAKER MCCANN<br>AKA: BARBARA MCCANN | Case Number 07-80264-MM |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>eCAST Settlement Corporation, assignee of<br>GE Money Bank/Old Navy | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent<br>eCAST Settlement Corporation, assignee of<br>GE Money Bank/Old Navy<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Court Claim Number: _____ |
| Telephone number: (610) 644-7800 | Filed on: _____ |
| Name and address where payments should be sent (if different from above)<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statment giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. Amount of Claim as of Date Case Filed: $ 353.60

If all or part of this claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principle amount of claim. Attach itemized statement of interest or charges

2. Basis for Claim:    CREDIT CARD DEBT
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:************2162
   3a. Debtor may have scheduled account as: Old Navy
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property:$_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection:_____

Amount of Secured Claim: $_____ Amount Unsecured: $ 353.60

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
(See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C.§507(a). If any portion of your claim falls in one of the follwing catagories, check the box and state the amount.
Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 01/29/08

    /s/Thomas A. Lee III
    Becket & Lee LLP, Attorneys/Agent for Creditor

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Pet: 12/03/07

EXHIBIT B

MCCANN, BARBARA HUNSAKER
AKA: MCCANN, BARBARA
***-**-3775
975 WALKER DR
LOCUST GROVE, GA  30248-2036


BANKRUPTCY NUMBER: 07-80264-MM
FILING DATE:       12/03/2007
CHAPTER:           13


eCAST Settlement Corporation, Assignee of GE Money Bank/
Old Navy
P.O. Box 35480
Newark, NJ  07193-5480


### ACCOUNT SUMMARY


Account Number:  ************2162
Account Type:    Credit Card


Balance at Filing Date:      $    353.60


Pursuant to paragraph 7 Official Bankruptcy Form 10, Proof of Claim, in
lieu of attaching voluminous account documents, a summary of the account,
compiled from the information contained in the account databases of
GE Money Bank, Old Navy, and their agents, if any, is provided.(See
Instructions to Official Form 10). This debt arises from the use of a credit /
charge card account or other money loaned, the supporting documents for which
were provided by GE Money Bank, Old Navy, to the debtor pre-petition. For
further information about this claim call 1-800-962-6030 and ask to speak to
the Claims Servicing Supervisor. Some documents may no longer be
available.



EXHIBIT B

**ADAM M. GOODMAN**
**STANDING CHAPTER 13 TRUSTEE**

Northern District of Georgia

Suite 200
260 Peachtree Street N.W.
Atlanta, Georgia 30303

ATTORNEYS

Jonathan Clements
Robert J. Wilkinson
Jason L. Rogers
LaSheka T. Payne

Telephone (678)510-1444
Facsimile (678)510-1450
Internet www.13trusteeatlanta.com

## FACSIMILE COVER SHEET

PLEASE DELIVER THE FOLLOW INFORMATION TO:

NAME: Katherine Buttenberg

DEPARTMENT: Becket & Lee

FAX NO. 610-560-0109

FROM: Paula Ayers, Finance Asst.

WE ARE SENDING ___6___ PAGE(S) INCLUDING THIS COVER PAGE.
IF ALL PAGES ARE NOT RECEIVED, PLEASE CONTACT US IMMEDIATELY. THANK YOU

### CONFIDENTIAL NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone or return the original message to us via U.S. Postal Service. Thank You!

NOTES Katherine —
Both of these checks were sent to the Registry for Unclaimed Funds. There does not appear to have been a hold on either claim, so we are researching this issue.

**EXHIBIT C**

11-24243

**ADAM M. GOODMAN, STANDING CHAPTER 13 TRUSTEE**
NORTHERN DISTRICT OF GEORGIA
SUITE 200, 260 PEACHTREE STREET, N.W.
ATLANTA, GA 30303
(678) 510-1444

Wachovia Bank
National Association
64-022
610

**387583**

DATE Feb 26, 2009

0387583

PAY Exactly Eight Thousand Five Hundred Twenty-Nine And 93 / 100 Dollars

$ ******8,529.93

CLERK OF COURT FOR

TO THE ORDER OF
eCAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

PLEASE DEPOSIT IMMEDIATELY
VOID AFTER 90 DAYS

AM Goodman

MAR 11 2009

⑆387583⑆ ⑈061000227⑈ 2000736490649⑈       ⑆000852993⑆

BANK OF AMERICA, NA ATL
03/16/09
100744628

| Posting Date | Posting Account | Amount | Serial No. | Sequence No. | CD Volume |
|---|---|---|---|---|---|
| 3/16/2009 | 2000736490649 | $8529.93 | 387583 | 6654249710 | 09040609254401 |

Issue Date

Wachovia National Bank certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia National Bank or its predecessors.



EXHIBIT C

Payee: eCAST SETTLEMENT CORPORATION

Check No. 0387583
Date: 02/26/2009

| Case No. | Debtor Name(s) | SSN1 | SSN2 | Claim # | Account Number | Payment Amount | Interest Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 0780264 | HARRY CARPENTER MCCANN & BARBARA HUNSAI | 7372 | 7372 | 00007 | 8569 | 8,529.93 | 0.00 | 0.00 |
| | | | TOTALS | | | 8,529.93 | 0.00 | 0.00 |

Page 1 of 1

EXHIBIT C

112 4243

**ADAM M. GOODMAN, STANDING CHAPTER 13 TRUSTEE**
NORTHERN DISTRICT OF GEORGIA
SUITE 200, 260 PEACHTREE STREET, N W.
ATLANTA, GA 30303
(678) 510-1444

Wachovia Bank
National Association
94-022
610

**387588**

Feb 26, 2009

DATE.

0387588

PAY Exactly Three Hundred Fifty-Three And 60 / 100 Dollars

$ *********353.60

CLERK OF COURT FOR

eCAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

MAR 11 2009

PLEASE DEPOSIT IMMEDIATELY
VOID AFTER 90 DAYS

TO THE ORDER OF

⑈387588⑈  ⑆061000227⑆ 2000736490649⑈         ⑈0000035360⑈

| Posting Date | Posting Account | Amount | Serial No. | Sequence No. | CD Volume |
|---|---|---|---|---|---|
| 3/16/2009 | 2000736490649 | $353.60 | 387588 | 6654249760 | 09040609254401 |
| Issue Date | | | | | |

Wachovia National Bank certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia National Bank or its predecessors.



EXHIBIT C

Payee: eCAST SETTLEMENT CORPORATION

Check No. 0387588
Date: 02/26/2009

| Case No. | Debtor Name(s) | SSN1 | SSN2 | Claim # | Account Number | Payment Amount | Interest Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 0780264 | HARRY CARPENTER MCCANN & BARBARA HUNSAI 7372 | 7372 | 00018 | 2162 | | 353.60 | 0.00 | 0.00 |
| | | | TOTALS | | | 353.60 | 0.00 | 0.00 |

Page 1 of 1

EXHIBIT C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re: Harry Carpenter McCann and : Case No. 07-80264-MM
Barbara Hunsaker McCann :
: Chapter 13
:
Debtor(s) : Judge: Margaret Murphy

## STATEMENT OF SIGNING OFFICER'S AUTHORITY

I, Tim Stapleford, Corporate Secretary of eCAST Settlement Corporation, hereby verify that Edward P. Benison, Executive Vice President, is a duly authorized representative of eCAST Settlement Corporation, and is authorized to sign for and accept funds on behalf of eCAST Settlement Corporation in the foregoing Petition for Payment of Unclaimed Funds.

Dated: 10/30/09

Tim Stapleford, Corporate Secretary
eCAST Settlement Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: Harry Carpenter McCann and<br>Barbara Hunsaker McCann | : | Case No. 07-80264-MM |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Judge: Margaret Murphy |

### CERTIFICATE OF SERVICE

The undersigned, Cindy Walsh, of Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355, hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 3rd day of November, 2009, I served a copy of the foregoing Petition for the Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

United States Attorney
1800 Richard Russell Federal Building
75 Spring Street SE
Atlanta, GA  30303

Harry Carpenter McCann
Barbara Hunsaker McCann
975 Walker Drive
Locust Grove, GA  30248

Adam M. Goodman, Trustee
260 Peachtree Street, Suite 200
Atlanta, GA  30303

Carol A. Colliersmith, Esquire
3535 Roswell Road, Suite 7
Marietta, GA  30062-8827

Executed  11/3/09
(date)

By: _____
Cindy Walsh
Becket & Lee LLLP